March 3, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

BOBIE KENNETH TOWNSEND, Appellant

NO. 14-14-00103-CV                              V.

MONTGOMERY CENTRAL APPRAISAL DISTRICT; MONTGOMERY
CENTRAL APPRAISAL DISTRICT, CHIEF APPRAISER MARK
CASTLESCHOULDT IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES;
APPRAISAL REVIEW BOARD OF MONTGOMERY COUNTY, TEXAS; AND
APPRAISAL REVIEW BOARD OF MONTGOMERY COUNTY, TEXAS,
CHAIRMAN TERRY BOWIE IN HIS OFFICIAL AND INDIVIDUAL
CAPACITIES, Appellees

_____

This cause, an appeal from the judgment signed September 17, 2013 in favor of appellees, Montgomery Central Appraisal District; Montgomery Central Appraisal District, Chief Appraiser Mark Castleschouldt in his Official and Individual Capacities; Appraisal Review Board of Montgomery County, Texas; and Appraisal Review Board of Montgomery County, Texas, Chairman Terry Bowie in his Official and Individual Capacities, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant Bobie Kenneth Townsend to pay all costs incurred in this appeal.

We further order this decision certified below for observance.